**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

|  |  |  |
|---|---|---|
| **CITY OF MEMPHIS, TENNESSEE,** | ) | |
| | ) | |
| **Plaintiff/Counter-Defendant,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 2:09-cv-2205-SHM-egb** |
| | ) | |
| **ZAYO BANDWIDTH TENNESSEE,** | ) | |
| **LLC f/k/a MEMPHIS NETWORX,** | ) | |
| **LLC,** | ) | |
| | ) | |
| **Defendant/Counter-Plaintiff.** | ) | |

**STIPULATION OF DIMISSAL WITH PREJUDICE**

Plaintiff/Counter-Defendant City of Memphis, Tennessee, and Defendant/Counter-Plaintiff Zayo Bandwidth Tennessee, LLC f/k/a Memphis Networx, LLC ("Zayo Bandwidth") hereby notify the Court that the Parties have entered into a final agreement in settlement of this matter, with each Party to bear its own costs and expenses.  Accordingly, pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Defendant hereby stipulate to the dismissal of this action with prejudice, and move the Court for an Order of Dismissal.

Respectfully submitted this 21st day of January, 2011.

/s/ Annie T. Christoff
John C. Speer (BPR #7969)
Clarence A. Wilbon (BPR #23378)
Annie T. Christoff (BPR #26241)
Bass, Berry & Sims PLC
100 Peabody Place, Suite 900
Memphis, TN 38103-3672
901.543.5900
fax: 901.543.5999

and

W. Randolph Teslik
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C.  20036
202.887.4000
fax: 202.887.4288

*ATTORNEYS FOR*
*ZAYO BANDWIDTH TENNESSEE, LLC*


/s/ Allan J. Wade
Allan J. Wade
Allan J. Wade, PLLC
One Commerce Square, Suite 2275
Memphis, TN 38103
901.322.8005
Fax: 901.322.8007

*ATTORNEYS FOR*
*CITY OF MEMPHIS, TENNESSEE*


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 2nd day of February, 2010, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

/s/ Annie T. Christoff
Annie T. Christoff

9119000.1

2