UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**CITY OF MEMPHIS,**

    **Plaintiff/Counter-Defendant,**

**V.**                                                      **NO. 09-2205-Ma**

**ZAYO BANDWIDTH TENNESSEE, LLC,**
f/k/a MEMPHIS NETWORX, LLC,
CNA INS. CO.,

    **Defendant/Counter-Plaintiff.**

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order Dismissing Case With Prejudice, docketed January 24, 2011.

**APPROVED:**

_s/   Samuel H. Mays Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| _January 25, 2011_ | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
|  | _s/ Jean Lee_ |
|  | (By) DEPUTY CLERK |